IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00506-CMA-BNB

DENEEN R. GAMMONS,

Plaintiff,

v.

CITY OF DENVER, COLORADO, a municipal corporation,
JOHN W. HICKENLOOPER, in his "official" capacity as Mayor, City of Denver, Colorado, a municipal corporation,
DENVER CITY COUNCIL, in and for the City of Denver, Colorado, a municipal corporation, in their "official" capacities, as follows:
RICK GARCIA (District 1), in his "official" capacity,
JEANNE FAATZ (District 2), in her "official" capacity,
PAUL D. LOPEZ (District 3), in his "official" capacity,
PEGGY LEHMAN (District 4), in her "official" capacity,
MARCIA JOHNSON (District 5), in her "official" capacity,
CHARLIE BROWN (District 6), in his "official" capacity,
CHRIS NEVITT (District 7), in his "official" capacity,
CARLA MADISON (District 8), in her "official" capacity,
JUDY MONTERO (District 9), in her "official" capacity,
JEANNE ROBB (President )(District 10), in her "official" capacity,
MICHAEL HANCOCK (District 11), in his "official" capacity,
CAROL BOIGAN (At-Large), in her "official" capacity,
DOUG LINKHART (At-Large), in his "official" capacity,
ALVIN J. LACABE, in his "official" capacity as Manager of Safety, City of Denver, Colorado, a municipal corporation,
GERALD R. WHITMAN, in his "official" capacity as Chief of Police, City of Denver, Colorado, a municipal corporation,
OFFICER STEPHEN STACK (Ser. No. 06029), Denver Police Department, City of Denver, Colorado, a municipal corporation, in both his "official" and "individual" capacities,
DETECTIVE HENRY P. GONZALES (Ser. No. 79031), Denver Police Department, City of Denver, Colorado, a municipal corporation, in both his "official" and "individual" capacities,
DETECTIVE KARA BILSTEIN (Ser. No. 96043), Denver Police Department, Denver, Colorado, a municipal corporation, both her "official" and "individual: capacities,
SERGEANT KIM HULL (Ser. No. 78020), Denver Police Department, City of Denver, Colorado, a municipal corporation, in both her "official" and "individual" capacities,
Assistant City Attorney JAMES C. THOMAS, Office of the City Attorney, City of Denver, Colorado, a municipal corporation, in his "official" capacity; and
Assistant City Attorney TIFFANIE W. BLEAU, Office of the City Attorney, City of Denver, Colorado, a municipal corporation, in her "official" capacity,

Defendants.

MINUTE ORDER

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Continue May 28, 2010 Hearing** [docket no. 14, filed May 25, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the motions hearing on the **Unopposed Motion to Stay Discovery and Vacate the May 21, 2010 Scheduling Conference and Associated Deadlines** [docket no. 10, filed May 12, 2010] (the "Motion") set for May 28, 2010, is **reset to June 2, 2010, at 10:00 a.m., for one hour**, in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.


DATED: May 26, 2010